IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN L. HERKNER, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-06-2491 |
| § | |
| ARGO-TECH CORPORATION § | |
| COSTA MESA, § | |
| § | |
| Defendant. § | |

## ORDER

The court has reviewed defendant's Motion for Leave to File Motion for Summary Judgment Exceeding Page Limitations (Docket Entry No. 19) and the plaintiff's opposition (Docket Entry No. 22). The number of issues that the plaintiff raises justifies the additional pages. Argo-Tech Corporation Costa Mesa's Motion for Leave to File Motion for Summary Judgment Exceeding Page Limitations is granted.

SIGNED on August 9, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge